PHILLIP A. TALBERT
United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALJIT SANDHU,<br><br>                Plaintiff,<br><br>                v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>                Defendant. | CASE NO. 2:23-CV-01788-TLN-KJN<br><br>STIPULATION AND ORDER FOR FIRST EXTENSION OF TIME |

1. Defendants respectfully requests a first extension of time in which to respond to the Complaint, and counsel for Plaintiff does not oppose. This case concerns Plaintiff's Form I-829 – petition by investor to remove conditions on permanent resident status, which Plaintiff filed in February 2019. The parties anticipate that U.S. Citizenship and Immigration Services ("USCIS") will be able to complete the adjudication of Plaintiff's request shortly, which is expected to render this lawsuit moot.

2. The parties therefore stipulate that the new date for Defendants to file an answer or other dispositive pleading is January 12, 2024. The parties further request that all other filing deadlines be similarly extended.

Respectfully submitted,

Dated: October 12, 2023

PHILLIP A. TALBERT
United States Attorney

By: /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

/s/ MARTIN J. LAWLER
MARTIN J. LAWLER
Counsel for Plaintiff

**IT IS SO ORDERED.**

Dated: October 12, 2023

Troy L. Nunley
United States District Judge

2